Sherilyn A. Olsen (9418)
Ellen E. Ostrow (14743)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT  84101
Telephone:     (801) 799-5800
Facsimile:      (801) 799-5700
solsen@hollandhart.com
eeostrow@hollandhart.com

*Attorneys for Defendant Synchrony Bank*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TAWANNA HINTON,<br><br>       Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK f/k/a GE CAPITAL RETAIL BANK;<br><br>       Defendants. | **ORDER GRANTING JOINT STIPULATION TO ARBITRATE CLAIMS AND STAY LAWSUIT**<br><br>Case No.: 2:18-cv-00322-DAK<br><br>Judge Dale A. Kimball |

   Plaintiff Tawanna Hinton and Defendant Synchrony Bank f/k/a GE Capital Retail Bank (the "Parties") have filed a Joint Stipulation to Arbitrate Claims and Stay Lawsuit.

   Upon consideration of the pleadings, the papers, and the arguments of counsel related to said Joint Stipulation, **IT IS HEREBY ORDERED** that:

   The Parties' Joint Stipulation to Arbitrate is **GRANTED**, and the Parties are ordered to submit all claims in this case to binding arbitration.

   **IT IS FURTHER ORDERED** that all proceedings in the above-captioned litigation are stayed pending resolution of or other binding decision issued in the arbitration.

**IT IS SO ORDERED.**

DATED this 20th day of July, 2018.

                                        **BY THE COURT:**

                                        Dale A. Kimball
                                        United States District Court Judge

11093014_1

2